**STATE of Missouri, Respondent,**

v.

**Darrell DEVINE, Appellant.**

**No. ED 79476.**

Missouri Court of Appeals, Eastern District, Division Three.

June 4, 2002.

Rehearing Denied July 29, 2002.

Earl F. Seitz, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Adriane D. Crouse, Assistant Attorney General, Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, Sr., P.J., PAUL J. SIMON, J., CLIFFORD H. AHRENS, J.

## ORDER

PER CURIAM.

Appellant, Darrell Devine ("appellant"), appeals the judgment of the Circuit Court of St. Charles County following a jury trial finding him guilty of one count of robbery in the second degree, section 569.030, RSMo 2000. Appellant was sentenced to a term of twenty-five years of imprisonment. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurispru-

dential purpose, we affirm the judgment pursuant to Rule 30.25(b).